- 1 -

Your Name: Madison Ardgall

Address: 2930 254th

Phone Number: 415.879.6831

Fax Number: ardgallm@gmail.com

E-mail Address:

Pro Se Plaintiff

**FILED**

AUG 17 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Madison Ardgall

Plaintiff,

vs.

City Sausalito

Defendant.

Case Number: C 22-04722 [leave blank]

SK

5 IFP NP

COMPLAINT 42 USC 1985
42 USC 1983, 42 USC 2000e

DEMAND FOR JURY TRIAL

Yes ☒  No ☐

### PARTIES

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: Madison Ardgall

Address: 2930 254th St SF CA/Sausalito General Delivery, CA Sausalito, CA 94965-9999

Telephone: 415.879.6831

COMPLAINT

PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

2. Defendants.  [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: _____

Address: _____

Telephone: _____


Defendant 2:

Name: _____

Address: _____

Telephone: _____


Defendant 3:

Name: _____

Address: _____

Telephone: _____


## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

☑ under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] 42 USC 1983, 42 USC 2000e 42 USC 1985; 42 USC 1983 Monell Claim, 9th, 14th 5th, 4th, 8th and 1st amendment rights.

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.


COMPLAINT

PAGE ____ OF ____ [*JDC TEMPLATE – Rev. 05/2017*]

- 2 -

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: City of Sausalito

Address: 420 Litho St    Sausalito CA 94965 - 9999

Telephone:

Defendant 2:

Name: Chris Zapata, City Manager

Address: 420 Litho St Sausalito CA 94965 - 9999

Telephone:

Defendant 3:

Name: Janelle Kellman (Mayor)

Address: 420 Litho St Sausalito CA 94965 - 9999

Telephone:

Defendant 3:

Name: Stacy Gregory (Interim Chief of Police)

Address: 29 Caledonia St, Sausalito CA 94965-9999

☐

☐

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

## VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4.    Venue is appropriate in this Court because:

[✓] a substantial part of the events I am suing about happened in this district.

[ ] a substantial part of the property I am suing about is located in this district.

[ ] I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

[ ] at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5.    Because this lawsuit arose in ___San Francisco___ County, it should be assigned to the ___S.F.O.___ Division of this Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

6. On August 12, 2022 the City affixed notices to vacate Marinship Park, bearing the names of Mayor Janell Kellman and Chris Zapata on the letter head.

COMPLAINT

PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

7. There is no legal place for me to camp in the City of Sausalito under resolution 6009; they are offering no alternative; they did offer a grey wool blanket. They have not offered alternative shelter.

8. I am under the threat of arrest in the City Sausalito; now the camp is closed I am going to be forced out of the City. I have no place to store my personal belongings I am subject to arrest.

9. ~~there was~~ I have been illegally evicted/wrongfully evicted

10. My belongings have been searched and disposed of and tents destroyed I am now endangered

11. My tents destroyed or made to dismantle. I am afraid of becoming a criminal due to unfair/unconstitutional practices.

//

//

**COMPLAINT**
**PAGE ___ OF ___** *[JDC TEMPLATE – Rev. 05/2017]*

- 8 -

*[Copy this page and insert it where you need additional space.]*

12. Under the guidance of Stacy Gregory, I am now a criminal in the City of Sausalito.

13. I have a wound on my leg and it hurts when I walk. It was caused by all the non-stop walking I had to do, moving from place to place, due to the possibility of being cited by the police with all of my belongings

14. At night it is freezing cold, lack of sanitization and COVID-19 make me susceptable to getting worse

15. Pre-existing conditions (medical) made worse by forced living conditions I have a bad back and it aches me more, since I have had to sleep in unsafe and uncomfortable sleeping positions.

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

## CAUSES OF ACTION

*To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two essential elements: (1) that a right secured by the Constitution or laws of the United States was violated, and (2) that the alleged violation was committed by a person acting under the color of state law. West v. Atkins, 487 U.S. 42, 48 (1988).*

### First Cause of Action

### Violation 42 USC 1983, 1st Amendment of US Constitution

Whereas the First Amendment States *"Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances."*

Defendants have violated my First Amendment Rights by the following actions

Kicking me out of the city with no where to go, which will make it involved, employed citizen, and making it impossible to assemble.

COMPLAINT

**Second Cause of Action**

**Violation 42 USC 1983, 4th Amendment**

Whereas the 4th Amendment of the United States Constitution states: *"The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."*

Defendants have violated my 4th Amendment Rights by the following actions

The will cease my personal body while arresting me; cease my personal property while arresting me, basically destroy my stuff. They don't have a warrant to search & cease, making it unreas-onable

COMPLAINT

### Third Cause of Action

### Violation 42 USC 1983, 5th Amendment

Whereas the 5th Amendment of the United States Constitution States *"No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation."*

Defendants have violated my 5th amendment rights by the following actions:

I am likely to be arrested under their resolution. 6009; they have provided no alternative in violation of my 8th & 5th amendment rights w/o a warrant or due process; they will cease property w/o a warrant.

### Fourth Cause of Action

### Violation 42 USC 1983, 8th Amendment

Whereas the 8th Amendment of the United States Constitution States *"Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted."*

Defendants have violated my Eighth Amendment rights by the following actions:

By Sausalito's practice of arresting people homes they are inflicting cruel and unusual punishments w/o due process.

COMPLAINT

**Fifth Cause of Action**

**Violation 42 USC 1983, 9th Amendment**

Whereas the 9th Amendment of the United States Constitution states " *The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.*"

Defendants have violated my unenumerated rights which I retain has a human being which are the following: The city of Sausalito being a municipal cooperation doesn't have the authority to remove my unenumerated rights. evicting me from the campsite will place me endangered and make it hard to shelter in place during the covid-19

**Sixth Cause of Action**

**Violation 42 USC 1983, 14th Amendment**

Whereas Section I of the 14th Amendment of the United States Consitution states "*All persons born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.*

Defendants have violated my 14th amendment rights in the following ways.

Defendants are putting me in a "State" created danger by ~~than I am already~~ forcing me to wonder around the COVID-19 pandemic. At risk of arrest

COMPLAINT

## Seventh Cause of Action

## Violation 42 USC 1983, Monell Claim

Whereas under the Monell Doctrine spelled out in *Monell v. Department of Social Services of the City of New York (436 U.S. 658 (1978))* a government corporation can only be sued under 42 USC 1983 if a civil rights violation is part of a policy or practice of the government corporation. Here a Monel claim is a cause of action because defendants violated my rights under the following policies and practices of defendants:

## Eighth Cause of Action

## 42 USC 1985, Conspiracy To Deprive me of my civil rights

Whereas 42 USC 1985 holds entities accountable when two or more people to conspire to deprive persons of their civil rights, the following actions of defendants show the violation of my rights was part of a conspiracy

COMPLAINT

- 7 -

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

Sausalito police stop from citing me making into criminal simply possibly because of civil rights violation - I would temporary shelter, or that leads to permanent housing so I can continue to heal physical and mentally from criminal actions done against me and so I finish/open-up dog training courses and continue to work myself as a dog handler.

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

[✓] Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 8/17/2022

Sign Name: Madison Ardgall

Print Name: Ardgall

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*