United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON ARDGALL,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF SAUSALITO, et al.,<br><br>　　　　　　Defendants. | Case No. 22-cv-04722-EMC<br><br>**ORDER TO SHOW CAUSE** |

　　　　Defendant the City of Sausalito has filed a motion to dismiss Plaintiff Madison Ardgall's case. *See* Docket No. 22 (motion). After Ms. Ardgall requested, and the Court granted, an extension for time to oppose, Ms. Ardgall failed to file an opposition to the City's motion, nor did she appear at the hearing on the motion (held on March 30, 2023).

　　　　Taking into account the above, as well as all other evidence of record, the Court hereby issues this order to show cause ("OSC"). Ms. Ardgall is ordered to show cause as to why this case should not be dismissed without prejudice based on her failure to prosecute. Ms. Ardgall must file her response to this OSC by **April 21, 2023**. Ms. Ardgall is forewarned that, if she does not timely file a response, then the Court shall automatically dismiss her case – in its entirety – without prejudice based on her failure to prosecute.

　　　　The Court shall serve a copy of this order on Ms. Ardgall's address of record. It shall also send courtesy copies of this order to:

- the address listed in her complaint (2930 25th St., San Francisco, California) (the Court notes that the zip code is 94110);

- the address listed in her request for an extension (1600 Bryant, #1600, San Francisco, California 94110) (the Court notes that the correct zip code is 94103); and

- the email address listed in her complaint (ardgallm@gmail.com).

If Defendants have any other means for contacting Ms. Ardgall, such as another email address, then they shall promptly serve a copy of this order via those additional means and file a proof of service.

As a final point, the Court notes for Ms. Ardgall's benefit that the City has represented to the Court that it "does not currently plan to arrest any individual for sleeping outdoors or on public property when they do not have alternative housing available to them at night under Resolution No. 6008 and 6009." Gregory Decl. ¶ 2 (dated 1/31/2023).

**IT IS SO ORDERED**.

Dated: March 31, 2023

_____
EDWARD M. CHEN
United States District Judge

2